## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Azeez Rabiu

     Plaintiff,

v.             Case No.: 1:23−cv−02253

             Honorable Elaine E. Bucklo

Abbott Laboratories

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 28, 2026:

  MINUTE entry before the Honorable Elaine E. Bucklo: The Court has reviewed the status report. In light of the parties' recent filings, the court sets the following briefing schedules. Defendant's response to plaintiff's Motion to Amend Judgment [204] is due 6/11/26, plaintiff's reply in support is due 6/18/26. Defendant's reply in support of its Motion to Amend Judgment [207] is due 6/18/26. Defendant's reply in support of its Motion to Waive Supersedeas Bond [208] is due 6/18/26. Decision on the three motions is set for 7/9/26. The court will issue ruling by mail. Defendant's Motion to Stay Pending Mediation [212] is denied as moot. Plaintiff's Motion to Seal the contents of ECF 185−3 [209] is granted.Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.