[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| AZEEZ RABIU<br><br>Plaintiff<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant | No. 23-cv-02253<br><br>Judge: Elaine E. Bucklo<br><br>Magistrate: Jeannice W. Appenteng |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF PAGE LIMITS

Plaintiff Azeez Olatunji Rabiu, appearing pro se, respectfully moves for leave to file his Reply in Support of Motion to Alter or Amend Judgment in excess of the page limits established by Local Rule 7.1, and in support thereof states as follows:

On March 27, 2026, Plaintiff moved for leave to file his Rule 59(e) motion in excess of the page limits established by Local Rule 7.1. Dkt. 200. The Court granted that motion on April 8, 2026. Dkt. 205.

Defendant thereafter filed a 17-page response addressing each of the independent grounds raised in Plaintiff's Rule 59(e) motion.

Plaintiff's reply responds to those arguments and addresses issues concerning the Court's Daubert analysis, front pay, compensatory damages, punitive damages, Rule 60(b), and post-judgment evidence relevant to the Court's voluntary-withdrawal findings.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Plaintiff has made reasonable efforts to avoid unnecessary repetition and to present the issues as concisely as possible. Plaintiff's reply memorandum is approximately 40 pages in length.

Granting leave will not prejudice Defendant, which has already addressed the issues in its response, and will assist the Court by permitting a complete response to the matters raised in Defendant's brief.

For these reasons, Plaintiff respectfully requests that the Court grant leave to file the attached Reply in Support of Motion to Alter or Amend Judgment in excess of the page limits otherwise applicable under Local Rule 7.1, and for such other relief as the Court deems just and proper.

Dated: June 18, 2026,

Respectfully submitted

/s/ Azeez Rabiu

Plaintiff, Pro Se

9566 S Broadacre Lane, #312

Oak Creek, WI, 53154

612-636-2329/Tjabiu@yahoo.com

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all parties of record via the Court's CM/ECF filing system on June 18, 2026.

/s/ Azeez Rabiu
Plaintiff, Pro Se
9566 S Broadacre Lane, #312
Oak Creek, WI 53154
612-636-2329
Tjabiu@yahoo.com

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]