**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Azeez Rabiu

              Plaintiff,

v.
                                    Case No.: 1:23–cv–02253
                                    Honorable Elaine E. Bucklo

Abbott Laboratories

              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 22, 2026:

      MINUTE entry before the Honorable Elaine E. Bucklo: Parties to take note of Judge Bucklo's motion call practice posted on her page at www.ilnd.uscourts.gov. Plaintiff's motion for leave to file reply brief in excess of page limits [221] is granted. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.